RECEIVED
IN LAKE CHARLES, LA

AUG 24 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **NORRIS THOMAS** | : | **DOCKET NO. 04-CV-1843**<br>**SECTION P** |
| **VS.** | : | **JUDGE TRIMBLE** |
| **GEO GROUP, ET AL** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT OF DISMISSAL

Having given notice of this court's intention to dismiss this action with prejudice under 28 U.S.C. §1915(e)(2) for failure to state a claim upon which relief can be granted, and having received no response to this court's notice allowing plaintiff time to show cause for his failure to comply with the court's prior order, this court finds that plaintiff's action is subject to dismissal under 28 U.S.C. §1915(e)(2)(B)(ii) for failure to state a claim upon which relief can be granted. Accordingly, it is

**ORDERED** that this action be and it is hereby **DISMISSED WITH PREJUDICE** for failure to state a claim.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 24 day of August, 2005.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE